FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 16 2018

JAMES W. McCORMACK, CLERK
By: _____, CLERK
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| JEAN EVANS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:18CV256 KGB |
| PETCO ANIMAL SUPPLIES STORES, INC. and JOHN DOES 1-100, | ) |
| | ) *Saline County Case No. 63CV-18-392* |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendant, Petco Animal Supplies Stores, Inc. ("Petco"), hereby removes Case No. 63CV-18-392 from the Circuit Court of Saline County, State of Arkansas, to the United States District Court for the Eastern District of Arkansas pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, and as grounds for its removal would show the Court as follows:

### *The Removed Case*

1. On March 19, 2018, the above case entitled *Jean Evans vs. Petco Animal Supplies Stores, Inc. and John Does 1-100, Case No. 63CV-18-392* was filed in the Circuit Court for Saline County, State of Arkansas. A copy of the Complaint setting forth Plaintiff's claims for relief against all Defendants is attached as Exhibit 1.

2. Defendant Petco was served on March 21, 2018. A copy of the letter from Plaintiff's counsel indicating service on Defendant Petco is attached as Exhibit 2.

3. Plaintiff maintains a cause of action against all Defendants for allegedly negligently causing personal injury to Plaintiff through creating a dangerous condition by

This case assigned to District Judge Baker
and to Magistrate Judge Kearney

allowing a metal rod to protrude into a walkway and failing to warn Plaintiff of the dangerous condition. On the face of her Complaint, Plaintiff demands actual damages for personal injury from Defendants in excess of $75,000 (exclusive of interest and costs). (Ex. 1 at p. 5).

### *The Parties*

4. To the best of Defendant Petco's knowledge and belief, Plaintiff is a resident of the State of Arkansas.

5. Defendant Petco is incorporated in the state of Delaware, and its principal place of business is located in California.

6. Pursuant to 28 U.S.C. § 1441(b)(1), the citizenship of the John Doe Defendants should be disregarded.

### *Jurisdiction & Venue*

7. This Court has original jurisdiction over this case under 28 U.S.C. § 1332(a) because the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs and the case is between citizens of different states. Accordingly, this action may be removed by Petco pursuant to 28 U.S.C. § 1441.

8. This Notice of Removal is filed in this Court within 30 days after March 21, 2018, the date Defendant Petco was served with a copy of Plaintiff's Complaint, which is the initial pleading setting forth the claim for relief upon which this Removal is based.

9. Venue is proper in this Court under 28 U.S.C. § 1441(a) because the Circuit Court of Saline County, State of Arkansas, is within the United States District for the Eastern District of Arkansas.

**WHEREFORE**, Defendant Petco respectfully requests that this action be removed to this Court for further proceedings.

Dated this 13th day of April, 2018.

Respectfully submitted,

By _____
Jason Goodnight, Ark. Bar No. 2008112
FRANDEN, FARRIS, QUILLIN
GOODNIGHT & ROBERTS
Williams Center Tower II
Two West Second Street, Suite 900
Tulsa, OK 74103-3101
918/583-7129
918/584-3814 FAX
jgoodnight@tulsalawyer.com

*Attorney for Defendant Petco Animal Supplies Stores, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of April, 2018, a true and correct copy of the above and foregoing was mailed, properly addressed and postage fully prepaid to:

Andrew M. Taylor,
Tasha C. Taylor,
TAYLOR & TAYLOR LAW FIRM, P.A.
12921 Cantrell Road, Suite 205
Little Rock, Arkansas 72223
*Attorneys for Plaintiff*

_____

```
                                                    FILED
                                                SALINE COUNTY
                                                 CIRCUIT CLERK

                                                2018 MAR 19 PM 1:58

                                            BY: Ctt
```

### IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
### 3 DIVISION

**JEAN EVANS**                                                **PLAINTIFF**

vs.                         CASE NO. 63CV-18-392

**PETCO ANIMAL SUPPLIES STORES, INC. and**
**JOHN DOES 1–100**                                          **DEFENDANTS**

## COMPLAINT

Comes now the Plaintiff, Jean Evans, by and through her attorneys, TAYLOR & TAYLOR LAW FIRM, P.A., and for her Complaint does state:

### JURISDICTION AND VENUE

1.   At all times relevant to this Complaint, Plaintiff was a resident of Bryant, Saline County, Arkansas, and a citizen of the State of Arkansas.

2.   Defendant Petco Animal Supplies Stores, Inc. ("Petco") is a California corporation with a registered agent for service of process in Little Rock, Pulaski County, Arkansas.

3.   Defendants John Doe 1–50 are the agents or employees of Defendant Petco who created the dangerous condition described herein and/or who failed to warn Plaintiff of the dangerous condition.

4.   Defendants John Doe 51–100 are the corporation(s), partnership(s), or other entity(ies) that owned or operated the Petco retail store located at or near 20825 I-30; Benton, Arkansas 72015 at the time relevant to this Complaint.

5.   The facts and circumstances giving rise to this Complaint occurred in Benton, Saline County, Arkansas.

Page 1 of 5



6. This Court has subject matter jurisdiction of this matter pursuant to Ark. Code Ann. § 16-13-201(a).

7. This Court has personal jurisdiction of the parties pursuant to Ark. Code Ann. § 16-4-101(B).

8. Venue in this county is proper pursuant to Ark. Code Ann. § 16-60-101(a)(1) (county in which a substantial part of the event or omission giving rise to the cause of action occurred) and Ark. Code Ann. § 16-60-101(a)(3)(A) (county in which the plaintiff resided at the time of the event or omission giving rise to the cause of action).

## FACTS

9. On or about March 20, 2015, Plaintiff was a customer at the Petco retail store located at or near 20825 I-30; Benton, Arkansas 72015 (the "Petco Store").

10. Unbeknownst to Plaintiff, Defendant(s) had created a dangerous condition, and had failed to warn Plaintiff of the dangerous condition.

11. Specifically, Defendant(s) had allowed a metal rod to protrude into the walkway. *See* Exhibit A.

12. Upon information and belief, and based upon representations from Petco's agents or employees, Petco typically has a rolling cart in front of the protruding metal.

13. Upon information and belief, and based upon representations from Petco's agents or employees, Defendant(s) had moved the rolling cart, creating the dangerous condition.

14. Defendants also failed to warn Plaintiff of the dangerous condition.

15. Plaintiff tripped and fell over the protruding metal.

## CAUSE OF ACTION #1 – NEGLIGENCE

16. Plaintiff was an invitee upon Defendants' premises.

17. Defendants owed Plaintiff a duty to use ordinary care to maintain the premises in a safe condition.

18. Defendants breached that duty in the following manner:

   A. By causing a piece of metal to protrude into the walkway.

   B. By causing the cart that typically blocks the protruding metal to be moved, creating the dangerous situation.

   C. By not having in place effective systems or procedures to prevent the cart from being moved, creating the dangerous situation.

   D. By failing to warn Plaintiff of the dangerous condition.

   E. By failing to otherwise use ordinary care under the circumstances at the time of the trip and fall.

19. The injuries and damages sustained by Plaintiff, more particularly described below, were produced in a natural and continuous sequence, and were a probable consequence of Defendants' breach of one or more of the above-described independent duties of ordinary care for the safety of Plaintiff.

20. Defendants should have foreseen and anticipated that a breach of one or more of the above-described independent duties to use ordinary care would constitute an appreciable risk of harm to others, including Plaintiff.

21. If Defendants had not breached one or more of the above-described independent duties to use ordinary care for the safety of Plaintiff, then Plaintiff's injuries and damages would not have occurred.

## COMPENSATORY DAMAGES SUFFERED BY PLAINTIFF

22. The injuries and damages sustained by Plaintiff as a result of Defendants' breach of the above duties include, but are not limited to, the following:

A. Serious bodily injuries to Plaintiff's body, including, but not limited to, Plaintiff's neck, back, and hips;

B. Medical expenses incurred in the past, and transportation expenses to obtain such medical treatment;

C. Future medical expenses to be incurred, and transportation expenses to obtain such future medical treatment;

D. Physical pain and suffering experienced in the past;

E. Physical pain and suffering to be experienced in the future;

F. Mental anguish experienced in the past, which includes but is not limited to Plaintiff's loss of quality of life due to permanent injuries causing chronic pain that limited her activities;

G. Mental anguish to be experienced in the future, which includes but is not limited to Plaintiff's loss of quality of life due to permanent injuries causing chronic pain that limits her activities;

H. Any scars, disfigurement, and visible results of her injury due to "residential limitation of motion;" *Adkins v. Kelley*, 244 Ark. 199, 424 S.W.2d 373 (1968);

I. The reasonable expense of any necessary help in Plaintiff's home in the past, and reasonably certain to be required in the future, as a result of Plaintiff's injuries; and

J.  Permanent bodily injuries that have been suffered, which is a life-changing event causing Plaintiff to lose the ability to enjoy a normal life.

## AMOUNT OF DAMAGES
### (FOR JURISDICTIONAL PURPOSES UNDER ARK. CODE ANN. § 16-63-221)

23. Plaintiff's injuries and damages are in excess of the minimum amount required for federal court jurisdiction in diversity of citizenship cases.

## DEMAND FOR TRIAL BY JURY

24. Plaintiff demands a trial by jury for all issues of fact presented by this action.

## RESERVATION OF ADDITIONAL CLAIMS

25. Upon completion of discovery, Plaintiff reserves the right to plead further to state additional claims and to name additional parties to this action.

WHEREFORE, Plaintiff prays for judgment against Defendants for the damages caused by its negligence as described above, for her costs and attorneys' fees, and for all other relief at law or equity to which she may be entitled.

Respectfully submitted,
JEAN EVANS,
*Plaintiff*

BY: _____
TAYLOR & TAYLOR LAW FIRM, P.A.
Andrew M. Taylor, Ark. Bar No. 2005147
Tasha C. Taylor, Ark. Bar No. 2005148
12921 Cantrell Road, Suite 205
Little Rock, Arkansas 72223
Phone: 501-246-8004
Fax: 501-246-8009
Email: Andy@TaylorLawFirm.com
*Attorneys for Plaintiff*



FILED
SALINE COUNTY
CIRCUIT CLERK

2018 MAR 19 PM 1:58

BY: _____

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
_____3_____ DIVISION

JEAN EVANS                                                                PLAINTIFF

vs.                          CASE NO. 63CV-18-392

PETCO ANIMAL SUPPLIES STORES, INC. and
JOHN DOES 1–100                                                        DEFENDANTS

### AFFIDAVIT OF ANDREW M. TAYLOR

BEFORE ME, the undersigned authority, on this day personally appeared ANDREW M. TAYLOR, who being by me duly sworn, deposes and says:

1. My name is Andrew M. Taylor. I am over eighteen (18) years of age. I am a resident and citizen of Little Rock, Pulaski County, Arkansas.

2. I have never been convicted of a crime and I am fully competent to make this Affidavit.

3. I am an attorney licensed to practice law under and by virtue of the laws of the State of Arkansas. My Arkansas Supreme Court Enrollment No. is 2005147. I am the attorney for the Plaintiff in the above styled and numbered cause.

4. I have personal knowledge of the facts stated herein and they are all true and correct to the best of my knowledge and belief.

5. The Plaintiff in the above styled and numbered cause states a cause of action for negligence against Petco Animal Supplies Stores, Inc. ("Petco").

6. The Defendants John Doe 1–50, are the agents or employees of Petco who created the dangerous condition described in the Complaint, or who failed to warn Plaintiff of the dangerous

Page 1 of 2

condition described in the Complaint. The identities of Defendants John Doe 1–50 in the above styled and numbered cause are unknown at this time.

The Defendants John Doe 51–100 are the corporation(s), partnership(s), or other entity(ies) that owned or operated the Petco retail store located at or near 20825 I-30; Benton, Arkansas 72015 at the time relevant to the Complaint. The identities of John Does 51–100 in the above styled and numbered cause are unknown at this time, as there are several entities registered with the Secretary of State's office that contain the phrase "Petco." In addition, upon information and belief, the Petco retail store in question identifies itself as "Petco," but there is no fictitious name registered simply as "Petco."

7. This Affidavit is filed with the Complaint in the above styled and numbered cause in accordance with Arkansas Code Annotated §16-56-125 for the purpose of tolling the statute of limitations.

FURTHER AFFIANT SAYETH NOT.

Andrew M. Taylor, Ark. Bar No. 2005147
TAYLOR & TAYLOR LAW FIRM, P.A.
12921 Cantrell Road
Little Rock, Arkansas 72223
Phone: 501-246-8004
Fax:   501-246-8009
Email: Andy@TaylorLawFirm.com
*Attorney for Plaintiff*

SUBSCRIBED AND SWORN TO BEFORE ME, Janelle Chickesh, a Notary Public, in and for the state and county aforesaid on this 19th day of March, 2018.

Notary Public

My commission expires:
7/2/2025



| | ANDY TAYLOR, PARTNER |
| --- | --- |
| | TASHA C. TAYLOR, PARTNER |
| | JENNIFER WILLIAMS FLINN, ATTORNEY |
| | SIDNEY A. STEWART, ATTORNEY |
| | JANELLE CHICKESH, PARALEGAL |
| | JOSIE KEATHLEY, LEGAL ASSISTANT |

March 21, 2018             *via certified mail: 70160340000117886769*

Petco Animal Supplies Stores, Inc.
c/o Corporation Service Company
300 Spring Building, Suite 900
300 S. Spring Street
Little Rock, AR 72201

RE:    *Jean Evans v. Petco Animal Supplies Stores, Inc., et al.*
       Saline County Circuit Court Case No. 63CV-18-392

To Whom It May Concern:

Enclosed please find a Summons, Complaint, and Affidavit of Andrew M. Taylor in the above-referenced civil action. Please respond in the time and manner required by law.

If you should have any questions, please do not hesitate to contact me.

Sincerely,

Andy Taylor

AMT/jmc
Enclosure

EXHIBIT 2