# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | | |
|---|---|---|
| JEAN EVANS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:18-cv-256-KGB |
| PETCO ANIMAL SUPPLIES STORES, INC., ET AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Petco Animal Supplies Store, Inc.

Date: 04/18/2018

/s/Jason Goodnight
*Attorney's signature*

Jason Goodnight, ABA #2008112
*Printed name and bar number*

Two West 2nd Street, Ste. 900, Tulsa, OK 74103

*Address*

jgoodnight@tulsalawyer.com
*E-mail address*

(918) 583-7129
*Telephone number*

(918) 584-3814
*FAX number*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of April, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Andrew M. Taylor,
Tasha C. Taylor,
TAYLOR & TAYLOR LAW FIRM, P.A.
12921 Cantrell Road, Suite 205
Little Rock, Arkansas 72223
***Attorneys for Plaintiff***

                                           *s/Jason Goodnight, ABA #2008112*