# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| JEAN EVANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PETCO ANIMAL SUPPLIES STORES, INC. ) <br> and JOHN DOES 1-100, ) <br> ) <br> Defendants. ) | Case No.4:18-cv-256-KGB <br><br> *Saline County Case No. 63CV-18-392* |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____Petco Animal Supplies Store, Inc._____

who is a (check one) ☐ Plaintiff ☒ Defendant in this action, makes the following disclosure:

1. **Is the party a publicly held corporation or other publicly held entity?**

   (Check one)    ☐ Yes        ☒ No

2. **Does party have any parent corporation?**

   (Check one)    ☐ Yes        ☒ No

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:_____

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)    ☐ Yes        ☒ No

   If YES, identify all such owners:_____

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ Yes      ☒ No

    If YES, identify entity and nature of interest:⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

5.  **Is party a trade association?**

    (Check one)  ☐ Yes      ☒ No

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:⎯⎯⎯⎯⎯⎯⎯⎯⎯
    ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Dated this 2nd day of May, 2018.

                                                      Respectfully submitted,

                                                  *s/Jason Goodnight*
                                                  Jason Goodnight, Ark. Bar. No. 2008112
                                                  FRANDEN, FARRIS, QUILLIN
                                                      GOODNIGHT & ROBERTS
                                                  Williams Center Tower II
                                                  Two West Second Street, Suite 900
                                                  Tulsa, OK  74103-3101
                                                  918/583-7129
                                                  918/584-3814 FAX
                                                  ***Attorney for Defendant Petco***
                                                  ***Animal Supplies Stores, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Andrew M. Taylor,
Tasha C. Taylor,
TAYLOR & TAYLOR LAW FIRM, P.A.
12921 Cantrell Road, Suite 205
Little Rock, Arkansas 72223
*Attorneys for Plaintiff*

                 *s/Jason Goodnight, ABA #2008112*